FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 13 2012
JAMES W. McCORMACK, CLERK
By: ~~DEP CLERK~~



FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff DIVISION

Ramon McGraw
v.
Jefferson County Pine Bluff AR.

Jury Trial: ☐ Yes ☐ No
(Check One)

CASE NO. ______________

5:12CV00260 SWW/JJV

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Ramon Hosea McGraw
ADC # 142102

Address: DBDC 300 East 2nd Pine Bluff, AR 71601

Name of plaintiff: ______________
ADC # ______________

Address: ______________

This case assigned to District Judge Wright
and to Magistrate Judge Volpe

Name of plaintiff: ______________
ADC # ______________

Address: ______________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Jefferson County

Position: Varies County Jail Officals

Place of employment: DuB Brassell Detention Center

Address: 300 East 2nd Pine Bluff, AR 71601

Name of defendant: South East Arkansas Behavior Mental Health Department

Position: Sycartrist - Mental Health Agency

Place of employment: DuB Brassel Detention Center

Address: 300 East 2nd Pine Bluff, AR 71601

Name of defendant: Jefferson County Jail Infirmary

Position: Doctor - nurse

Place of employment: DuB Brassell Detention Center

Address: 300 East 2nd Pine Bluff, AR 71601

Name of defendant: Captain Edward Adams

Position: Captain

Place of employment: DuB Brassell Detention Center

Address: 300 East 2nd Pine Bluff, AR 71601

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes X No __

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: Ramon Hosea McGraw

Defendants: State of Arkansas

☐ Court (if federal court, name the district; if state court, name the county):

---

- ☐ Docket Number: 4:12CV00217
- ☐ Name of judge to whom case was assigned: Joe J Volpe
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) In process of serving Defendants
- ☐ Approximate date of filing lawsuit: N/A
- ☐ Approximate date of disposition: N/A

IV. Place of present confinement: DuB Brassel Detention Center 300 east 2nd Pine Bluff, AR 71601

V. At the time of the alleged incident(s), were you: (check appropriate blank)

X in jail and still awaiting trial on pending criminal charges

X serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: ____________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes X No ___

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___ No X

If not, why? The grivance Document only Has

One level Response no appeal on the Document

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim One

1.) One June.13.2012 at 8:30 am OR around that tyme and Date Being June 12th an tyme

2.) Ramon Hosea McGraw was Released to Recreation and Did not feel mentally adaqute

3.) THat morning Ramon Hosea McGraw awoke In Difficult and Diffrent postions Indacating mental Health Disfunction

4.) During morning Rereation the Plaintiff notifyed Corporal Kristy Brooks of In adaqute mental Health mind state

5.) Corporal Kristy Brooks then Lock the Plaintiff Down But Did not notify mental Health proffesionals

6.) Ramon McGrow then went to sleep while on Lock Down

7.) AROUND 10:30AM OR 3:30 pm that Day the Plaintiff awoke to Being Beatin By numbers of officers the Plaintiff Is Having memory problems

8.) The plaintiffs mental Health medication Has not Been afforded Because nurses say the Plaintiff Does not Have a mental Health prosciption

9.) Ramon McGraw only Remembers that several officers Forced the plaintiff to the ground with peper spray and physical force

10.) Once on the ground Hand Cuffs where placed on the Plaintiff with no aggression

11.) Ramon McGraw Remembers Hearing Captain ADams voice stating "I gone Beat your Ass Dont put your Hands on a officer

12.) The number of officers continued to pepper spray and use tazer guns after the plaintiff was In Handcuffs on the ground

13.) These officers then Be gain Kicking and punching the plaintiff while in Handcuff on the ground

14.) This Continued Down the Hall to Detoix once In the SHower These officers continued to use unathized physical force During Detoix

15.) Plaintiff was Lock Down a 2nd tyme and Did not see mental Health professional on conflict Per supervising staff Refusals

16.) Ramon McGraw was mentally Ill and Did not know what was going on OR why He was Being physically Harm By a Number of officals of Jefferson County Jail

17.) Ramon McGraw was then told to catch cuffs to see the Nurses about Body Mark Documention of officals exssive forces

18.) The Doctor in the Infirmary stated that Plaintiff Was Not Harmed to the necked eye But Did no Blood Presure test or treatment to Injury Denying Plaintiff need for treatment supervising officers concurred

19.) The Doctors name is Unknow By staff Refusal to assistance

20.) Once Back in the Detoix Cell Ramon McGraw was not given any signs of aggresion and was physically Force to unHandcuff By Captain ADAMS Plaintiff Didnt Refuse

21.) Plaintiff Ramon McGraw was forced to the Ground and then Had a Knee Pressed Into His Head with out any Sign of Aggresion

22.) Captain ADams and His co-workings officers then slowly Removed the Handcuffs

23.) Ramon McGraw then got up to see all Injurys that Infirmarys Professinal Did not Document or treat medically

24.) Ramon McGraw then Looked in the mirror And seen a swollen Left eye Brow with a knot, a Right Black eye, Open Bleeding cuts on Right eye Lid, Bruies on Left neck, Bruies on wrist where Handcuffs where, and open Bleeding scares on Legs and officals misconduct Did caused McGraw to suffer

25.) The plaintiff then Began Demanding mental Health and Medical treatment cause He felt He was Done wrong and Deprive federal Privillages and His Life was in Danger

26.) Supervising officers Denyed all mental Health and medical treatment and Ramon McGraw was Placed on Lock Down in Detoix

27.) The plaintiff is Having memory problems But on or around June 12th 13th or 14th 2012 Jefferson County sent 2 prosecutor asto Investagation to case DCPC# 2012-96-2 in District Court of Pine Bluff Jefferson County Arkansas

28.) The two prosecutors Did not obtain a mental Health statment asto evidance Relied on nore was the mental Health professanal Present During the Interragation Depriving Mental Health policys

29.) The two proscutors Charged McGraw with 2nd Degree Battery mcgraw notify the prosecutors of the Issue to Investagate of exsive force

30.) The two proscutors took pictures of the Injurys as Evidace that where placed in a Discovery about officals anathenized exssive forces

31.) The two prosecutors stated that the officals confess they Did Jump on the plaintiff Because the plaintiff assulted a officer But neglected the Issue

32.) Ramon McGraw then stated that He is mentally Ill and Doesnt Remember assulting a officer corporal Brooks But Does Remember Being assulted and that the Plaintiff is Having a minnor sizure and Head Pains and was seeing Black and white

33.) The prosecutors then stated that DBDC will get the plaintiff some Help for His problems and was Removed out the Interveiwing office

34.) The Plaintiff Remained on Lock Down in Detoix and Had no matress for sleep nore Did McGraw get Help

35.) Plaintiff was escorted on 6-15-12 to District Judge Kearney Court who served Ramon McGraw offense of Battery 2nd and appointed a Public Defender to Represent the Plaintiff as a Defendant against the state of ARKansas and gave a Bond of 100,000 cash

36.) The plaintiff gave a Statment to the Judge Kearny that He was arrested and Detainded on Probable Cause and Investegtors failure to Obtain evidance Relied on as Expert examantion of Mental Health policy is a Lack of policy

37.) The plaintiff was then Removed from the court Room with order to Appear Before Court on August 10th 2012 with Represention neglected the Lack of policy

38.) Ramon McGraw was Placed Back in Detox and upon exulting civil Rights and FRCP Supervising officals Denyed Headus Courpus forms and Major Tyler and Captain ADAMS Denyed paralegal telephone Calls asto unlawful Investagation and Unlawfull arrest By Defendants Policy and procedure neglect to unlawfull Detain the Plaintiff

Claims of claim One

1.) Plaintiff Ramon McGraw claims that Jefferson County OFFicals misconduct's are Dilbrate Indifferance and or neglect By a lack of Policy to mental Health Policy, Medical Policys, and Indelaqute Due processes of Investagation and Court to Injurys Inflicted

2.) The Plaintiff Relates all claims as one case OF Discrimantion and Entrapment By Jefferson County Officals Band togather to acomplish the Injurys Inflicted and the lack of policy and or training asto unreasonable Deprivarations of Mental Health Policy, Medical policy, and indaquate Due Process of Invetegation an Court Inflicting Cruel an unusal punishment and unlawfull Arrest and Investagation

Personal envolment 

1.) Ramon Hosea McGraw a Little Rock Arkansas Resident that was Injuryed By officers of Jefferson county Jail that Use Unatherized Physicall Exssive force Depriving mental and medical treatment Resulting in Unlawful Battery 2nd ry accusations after suffer unReasonable

2. Kristy Brooks a Jefferson County officer that accused Ramon McGraw of 2nd Degree Battery and Deprived medical an mental Health treatment and pertisaputed in Officals of Jefferson County Jail unathized Physical exssive Force That Injured the Plaintiff Diliboratly causing the Plaintiff to Suffer

3. Edward Adams a Jefferson County officer that accused Ramon McGraw of 2nd Degree Battery and Deprived medical an Mental Health treatment and Directly inflicted Injurys with Unatherized Physical exssive force with other officers of Jefferson County Jail Diliboratly cause the plaintiff to suffer

4. South East AR. Behavior a mental Health Agancy of DBDC who Did not give adaquite and or gave no treatment to a mental Health Inmate and Deprived evidance Relied on Expert exam Prior to Investagation and criminal Accustions causing the Plaintiff to suffer unReasonable and Detain unlawfully in Lack of policy

5. Jefferson County Jail Infirmary Agancy that Deprived medical treatment to physcail Injurys causing the plaintiff to suffer unreasonable
6. Criminal Investagation Division Is a Agancy of Jefferson County Steiff Department that Deprived mental Health policy and failed to obtain expert exam as evidance Relied on and failed to Have mental Health personal present During the investagation caused the Plaintiff to Be Unlawfully Invesagated an Deteined By two unknown officers And staffs failure give Investgators Names
7. District Court Judge Keanry of Pine Bluff Jefferson County Detained and gave a Bond of exssive 100.000 on ProBAbLe Cause to a 2nd Degree Battery charge on the Plaintiff with out acknowleding the lack of policy of mental Health expert exam in unlawful Investagation that Arrested the plaintiff and Detained Him with Lack of Policy
8. Jefferson County Law Enforcement Agancy of Pine Bluff AR. Failure to train and OR Lack of Policy Resulted In Uncontutiontal actions by Law Enforement Agancy and officals misconducts

Allagations

1. Kristy Brooks is accused of unprofessanalism, Battery and Discrimanation By Depriving mental, and Medical

treatment to Inflict physical Injurys with Co-workers exssivly

2. Edward Adams is accused of Battery, Unprofesslism and Discrimantion By Depriving medical and mental Health treatment to Inflict physical Injurys with Co-workers exssivly

3. South East AR Behaivor Mental Health Agancy of DBDC is accused of Unprofessinalism, Discrimantion, and Malpractice By Depriving mental Health and medical treatment that Resulted in mental Desfunction and Physical Injurys of Plaintiff unjustly causing suffrages

4) Jefferson County Jail Infirmary of DBDC is accused of Unprofessinalism Discrimantion and Malpractice By Refusing to ~~Afford~~ medical to Physical Injurys Causing the Plaintiff to suffer unjustly

5. Criminal Investagation Division of Jefferson County and two Unknow officers are Be accused of Unproffessinalism, Discrimanation, and fraud By Depriving mental Health policy During Investagation By not obtaing evidance Relied on as expert exam and not Allowing presents of a Doctor is unconstitutional Investagation that Unlawfully Detained the plaintiff

6. District Court Judge Keaney of Jefferson County is accused

of fraud, Unprofessilism and Entrapment By Detaining the plaintiff and giving a exssive Bond and neglect Investegator Unlawful Investagation that is a failure to obtain expert exam as evidance Relied on Is a lack of Policy asto mental Health policy and courts Due processes

7. Jefferson County of Pine Bluff Law Enforcement Agancy is accussed of Unprofesslism, Discrimantion and Entrapment By Depriving mental Health and medical policys in Investagation and conflicts of Claim that Resulted in Injury/s of the plaintiff and unlawful Detainers with exssive Bond is a Lack of Policy and or training

Relating Claims as One

1. All claims are Requested to Be treated as one claim of Creul and Unusal punishment and Discrimantion Stating the Defendants Lack of policy and or Training Resulted in Injury/s and unreasonable Depriverations of state an federal laws that officals Band togather to acoplish the unjust Infliction and Deprivaration for purpose of Deprivarations Creul and Unasal Punishment

Relief

The plaintiff as for Palimanery, Injuctive, and Montary entitlments on staff misconducts and a Equal protections violations

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff askes court to Drop the Bond and Drop the cHarge as Injunction on conditions to case DCPC# 2012-96-2 on this conflict to Defendants constitutional violations and to grant montary Damages as entitiled to compensation, normal, puntive, mental Augish, and Pain and suffering and sancation to constitutional violation

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7 day of July, 2012.

Ramon Hosea McGraw

Signature(s) of plaintiff(s)

I Hereby Duly sware that this Document will Be post the Day after notery subscribe and sware for me on the day of 5 day of July 2012

notery

SHERRY L. CONE
MY COMMISSION # 12372387
EXPIRES: April 19, 2019
Jefferson County

STATE OF NOTARY PUBLIC

my commission expires