# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAMON HOSEA MCGRAW,                                                                      PLAINTIFF
ADC # 142102

v.                          5:12-cv-00260-SWW-JJV

JEFFERSON COUNTY; *et al*.                                        DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. All pending motions are DENIED without prejudice.

2. This case is administratively closed pending final disposition of Plaintiff's state case. At that time, Plaintiff may file a motion to reopen this case.

DATED this 15th day of October, 2012.

                                                         /s/Susan Webber Wright

                                                         UNITED STATES DISTRICT JUDGE