**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RAMON HOSEA MCGRAW,                                                                          PLAINTIFF
ADC #142102

v.                                             5:12CV00260-JJV

EDWARD ADAMS, Dub Brassell
Detention Center, ADC; *et al*.                                                              DEFENDANTS

## ORDER

I have reviewed the Joint Status Report and order the following:

1.   If counsel moves to withdraw, his motion will be granted. However, trial will proceed as scheduled and Mr. McGraw will represent himself.

2.   Plaintiff's counsel's request for an extension is GRANTED. He may file pretrial disclosures Monday, September 21, 2015.

3.   To ensure inmate witnesses are transported to the trial, Plaintiff's counsel shall identify Plaintiff's witnesses no later than Noon, September 15, 2015.

4.   I have reviewed Plaintiff's previously filed witness list. (Doc. No. 103.) I find that the counsel for both sides is commended for their diligence in this matter.

IT IS SO ORDERED this 14th day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE